IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN W. LEIKHEIM,<br>Plaintiff | : :<br>: | CIVIL ACTION |
| vs. | : : | NO. 17-1011 |
| NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security,<br>Defendant | : : : : : | |

# ORDER

**AND NOW,** this 1st day of February, 2018, upon careful and independent consideration of Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, the plaintiff's objections (Doc. No. 12), and the defendant's response (Doc. No. 14), and upon careful review of the entire record, **IT IS HEREBY ORDERED** that:

1. The plaintiff's Objections are **SUSTAINED**;

2. The plaintiff's request for judicial review is **GRANTED**;

3. The final decision of the Commissioner of the Social Security Administration is **REVERSED**, and the matter is **REMANDED** for further proceedings consistent with the accompanying memorandum.

BY THE COURT:

_/s/ Lawrence F. Stengel_
LAWRENCE F. STENGEL, C.J.